UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BILLY ORTEGA,

                              Movant,                        26-CV-1742 (RA)

              -against-                                      22-CR-91 (RA)

UNITED STATES OF AMERICA,

                              Respondent.                    ORDER

RONNIE ABRAMS, United States District Judge:

By motion dated May 19, 2026, Dkt. 293, Petitioner Billy Ortega sought transcripts at the Government's expense, copies of the docket records maintained by the Clerk of Court, and an order directing prior counsel to provide his case file materials.  It is hereby ordered that Mr. Ortega's prior counsel, Dawn M Florio, shall provide Mr. Ortega with his complete case file, including all transcripts, records, and other materials, by June 26, 2026.  Mr. Ortega shall file any reply brief in further support of his habeas petition within 60 days after receipt of those materials.

SO ORDERED.

Dated:        June 12, 2026
              New York, New York

_____
Hon. Ronnie Abrams
United States District Judge