UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BILLY ORTEGA,

Defendant.

26-CV-1742 (RA)

22-CR-91 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court previously ordered Dawn M. Florio, Petitioner Billy Ortega's prior counsel, to "provide Mr. Ortega with his complete case file, including all transcripts, records, and other materials, by June 26, 2026." Dkt. 295 (filed in 22-CR-91). By letter dated July 16, 2026, Mr. Ortega informed the Court that he had not yet received his case file, and seeks for the Court to enforce its prior order. Dkt. 8 (filed in 26-CV-1742). Mr. Ortega also requested (1) that the Court appoint him counsel "pursuant to 18 U.S.C. § 3006A(a)(2)(B) and Rule 8(c) of the Rules Governing Section 2255 Proceedings to represent" him "in connection with his habeas petition" and any related proceedings, (2) that he be afforded the opportunity to supplement his briefing after receiving his case file, and (3) that the Court hold an evidentiary hearing to examine Ms. Florio. *Id.* at 5.

Accordingly, the C.J.A. attorney from the habeas panel, who is assigned to receive cases on this day, is hereby ordered to assume representation of Mr. Ortega in the above-captioned matter. Ms. Florio is further ordered to provide Mr. Ortega and his new counsel with his complete case file, including all transcripts, records, and other materials, by August 31, 2026, and to file notice on the docket of the same. The Court grants Mr. Ortega leave to amend his habeas petition

following the commencement of representation; the deadline for such an amended petition will be set once notice is provided that Mr. Ortega and his counsel have received his case file. The Court will determine whether an evidentiary hearing is warranted once an amended petition has been filed—if one is filed—and the Government has had the opportunity to respond.

SO ORDERED.

Dated: July 28, 2026
New York, New York

Hon. Ronnie Abrams
United States District Judge